Case 2:12-cr-00018-EFS    Document 36    Filed 06/20/12

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CORINE BULLARD, a/k/a Corine Kenyon-Bullard,<br><br>    Defendant. | No. CR-12-018-EFS<br><br>ORDER GRANTING UNOPPOSED MOTION TO TRAVEL |

Before the court is Defendant's Motion to Modify Pretrial Release Conditions. The court having reviewed the reasons for the request, and the government having no objection,

**IT IS ORDERED**, for good cause shown, that the Defendant's Motion to Modify Pretrial Release Conditions **(ECF No. 33)** is **GRANTE**D. Defendant, Corine Bullard is allowed to travel to and from Boise, Idaho, for the purpose of visiting with her son, from Friday, June 29, 2012, to Saturday, June 30, 2012. All travel plans will be provided to United States Probation and as required by this court. Additionally, any future travel from the district to Boise, Idaho, for the purpose of visiting Ms. Bullard's son may be approved at the discretion of the supervising U.S. Probation Officer.

DATED June 20, 2012.


                              S/ CYNTHIA IMBROGNO
                        UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION TO TRAVEL - 1