UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>CORINE BULLARD,<br><br>              Defendant. | No. CR-12-0018-EFS<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY RELEASE CONDITIONS** |

Before the Court, without oral argument, is Defendant Corine Bullard's Unopposed Motion to Modify Release Conditions, ECF No. 80. Defendant seeks permission to travel out of state to Libby, Montana on June 1, 2013, to celebrate her father's eightieth birthday. Defendant represents that the U.S. Attorney's Office was contacted about this motion and does not oppose it. Having reviewed the pleadings and the file in this matter, the Court is fully informed and grants Defendant's motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Unopposed Motion to Modify Release Conditions, **ECF No. 80**, is **GRANTED.**

2. Defendant's conditions of release are modified as follows:

   a. Defendant may travel to Libby, Montana on June 1, 2013, for the limited purpose of participating in her

             father's birthday celebration. Defendant shall complete all travel on that date.

    b. Defendant shall keep U.S. Probation advised of her travel arrangements and any deviations therefrom.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and U.S. Probation.

**DATED** this  24th  day of May 2013.

                            s/ Edward F. Shea
                              EDWARD F. SHEA
                Senior United States District Judge